IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS #90**
**HEALTH & WELFARE FUND and**
**EMPLOYERS & CEMENT MASONS #90**
**PENSION FUND,**

    **Plaintiffs,**

vs.                       Case No.  12-270-DRH-PMF

**JOHNNY PASTORIZA D/B/A J-J**
**CONSTRUCTION,**

    **Defendant.**

## DEFAULT JUDGMENT

THIS CAUSE comes before the Court on plaintiffs' motion for Default Judgment against defendant, JOHNNY PASTORIZA D/B/A J-J CONSTRUCTION, and the Court being advised in the premises, and the defendant having failed to answer the Complaint filed herein in a timely fashion, a default judgment is awarded in favor of the plaintiffs and against the defendant, JOHNNY PASTORIZA D/B/A J-J CONSTRUCTION, as follows:

    A.    That judgment is entered in favor of plaintiffs, EMPLOYERS & CEMENT MASONS #90 HEALTH & WELFARE FUND and EMPLOYERS & CEMENT MASONS #90 PENSION FUND and against the Defendant, JOHNNY PASTORIZA D/B/A J-J CONSTRUCTION, in the amount of $1,671.13, which consists of delinquent fringe benefit contributions and liquidated damages, minus payments received in the amount of $100.00; plus reasonable attorneys' fees and

costs to date in the amount of $1,724.18 as provided by ERISA (29 U.S.C. Section 1132(g)(2));

      B.    That defendants are ordered to perform and continue to perform all obligations to the plaintiffs; and

      C.    That plaintiffs are awarded, at defendants' costs, such further and other relief as may be available under ERISA, the applicable labor agreements or as is otherwise just and equitable.

Entered this 13th day of June, 2012. /s/ David R. Herndon

Digitally signed by David R. Herndon
Date: 2012.06.13 14:12:27 -05'00'

          Chief Judge
          United States District Court