IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS #90**
**HEALTH & WELFARE FUND et al.,**

**Plaintiffs,**

v.

**JOHNNY PASTORIZA,**
**d/b/a**
**J-J CONSTRUCTION,**

**Defendant.**                                                No. 12-0270-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is plaintiffs' motion to turn over assets based upon answer to third party citation (Doc. 19). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **DIRECTS** the Bank of Edwardsville to turn over assets held in any and all accounts in the name of Johnny Pastoriza D/B/A J-J Construction including but not limited to the one checking account in the amount of $3,195.31 to plaintiffs to be applied to the outstanding judgment balance. Further, the Court **RELEASES** any further hold on

Page **1** of **2**

defendant's checking account *after* payment to the plaintiffs in the amount of $3,195.31.

**IT IS SO ORDERED.**

Signed this 10th day of June, 2013.

Digitally signed by
David R. Herndon
Date: 2013.06.10
09:59:47 -05'00'

**Chief Judge
United States District Court**